# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132829

ATTORNEY GENERAL,
      Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
CONSUMERS ENERGY COMPANY, ADA
COGENERATION LIMITED PARTNERSHIP,
CADILLAC RENEWABLE ENERGY, LLC,
GENESEE POWER STATION, LP, GRAYLING
GENERATING STATION, LP, HILLMAN
POWER COMPANY, LLC, TES FILER CITY
STATION, LP, VIKING ENERGY OF
LINCOLN, INC, VIKING ENERGY OF
MCBAIN, INC, and MACKINAW POWER, LLC,
      Appellees.
_____/

SC: 132829
COA: 261027
PSC: 00-014031

On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

d0521